# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Scott D.H. Redman

CASE NUMBER: 16 C 4380

V.

ASSIGNED JUDGE: Aspen

Capital Advance Solutions, LLC

DESIGNATED
MAGISTRATE JUDGE: Gilbert

TO: (Name and address of Defendant)

Capital Advance Solutions, LLC
c/o Charles Betta, President
1715 State Rt 35 Ste 302
Middletown NJ 07748

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul F. Markoff
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

June 1, 2016

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____           _____
                    Date                  *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101  FAX (732) 294-5965

Sheriff's File Number:
16002778

# AFFIDAVIT OF SERVICE

Court Docket #: **16C4380**

Scott D H Redman

vs.

Capital Advance Solutions LLC

United States District Court Northern District of Illinois Eastern Division

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him/her to be my Deputy to execute and return the within **Summons & Complaint.**

## SERVICE INFORMATION

On 6/8/2016 at 9:35 AM at c/o Charles Betta, President, 1715 State Route 35, Suite 302, Middletown, NJ 07748, deponent served the within on *Capital Advance Solutions LLC*, the defendant named therein, in the following manner:

## CORPORATION

6/8/16 @ 9:35 AM - By delivering to and leaving with *Dan Logan,* the Agent authorized to accept for Capital Advance Solutions LLC c/o Charles Betta, President, a true copy thereof at the place of business.

*DESCRIPTION*

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Male, Height: 5 '10 ", Weight: 185, Eyes: Blue, Age: 50ish

Deputy Notes:

Fees Received from Attorney: $32.76

Attorney Name: Markoff Leinberger LLC, Suite 1050 134 N LaSalle Street Chicago, IL 60602

Sworn to before me June 10, 2016
Notary Public Heather M Blau

HEATHER M BLAU
ID # 2381100
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires Dec. 30, 2018

Print Date: 6/9/2016

Bernard Guinan          48-02
Deputy Sheriff          Badge Number