**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of others similarly situated, )<br>)<br>) | |
| ) | No. 16 C 4380 |
| Plaintiff, ) | |
| ) | Judge Blakey |
| v. ) | |
| ) | Magistrate Gilbert |
| CAPITAL ADVANCE SOLUTIONS, LLC, )<br>a New Jersey limited liability company, )<br>) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

TO: See Certificate of Service

I certify that I served a copy of the Notification of Docket Entry [DE 17] entered July 19, 2016 on the following by regular mail, postage prepaid, on this 19th day of July, 2016:

Capital Advance Solutions, LLC
Attn: Charles Betta, President
1715 State Rt 35 Ste 302
Middletown NJ 07748

                                                        s/ Paul F. Markoff

                                                    SCOTT D.H. REDMAN, Plaintiff

                                By:   /s Paul F. Markoff
                                            One of Plaintiff's Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
312.726.4162 (p)
312.674.7272 (f)
paul@markleinlaw.com