# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Scott D.H. Redman

                                                Plaintiff,

v.                                                                              Case No.: 1:16–cv–04380
                                                                             Honorable John Robert Blakey

Capital Advance Solutions, LLC

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 8/4/2016. Oral motion to commence discovery is granted. Motion for Class Certification [4] is entered and continued to 10/4/2016 at 9:45 a.m. in Courtroom 1725. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.