UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Scott D.H. Redman
                        Plaintiff,

v.                                                        Case No.: 1:16−cv−04380
                                                          Honorable John Robert Blakey

Capital Advance Solutions, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Motion and status hearing set for 1/10/2017. The President of Capital Advance, LLC, Mr. Charles Betta, is ordered to personally appear or thru counsel, at the next hearing. Mr. Betta's failure to appear may result in a issuance of an arrest warrant. Plaintiff's Counsel shall effect personal service of this order on Mr. Charles Betta. Status and motion hearing continued to 2/9/2017 at 9:45 a.m. in Courtroom 1725. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101  FAX (732) 294-5965

Sheriff's File Number: 16002778

# AFFIDAVIT OF SERVICE

Court Docket #: **16C4380**

Scott D. H. Redman

vs.

Capital Advance Solutions LLC

United States District Court For The Northern District of Illinois Eastern Division

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him/her to be my Deputy to execute and return the within **Notification of Docket Entry.**

*[signed] Shaun Golden*

## SERVICE INFORMATION

On 1/24/2017 at 10:50 AM at Att: Charles Betta, President 1715 State Route 35 Suite 302 Middletown, NJ 07748, deponent served the within on *Capital Advance Solutions, LLC*, the defendant named therein, in the following manner:

## CORPORATION

By delivering to and leaving with *Charles Betta* the President/Agent Authorized to Accept for Capital Advance Solutions, LLC to a true copy thereof.

*DESCRIPTION*

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Male, Height: 6' 1", Weight: 190, Age: 50ish

Deputy Notes:

Fees Received from Attorney: $7.76

Attorney Name: Markoff Leinberger LLC, Suite 1050 134 N LaSalle Street Chicago, IL 60602

Sworn to before me January 31, 2017

Notary Public *[signed] Heather M Blau*

HEATHER M BLAU
ID # 2381100
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires Dec. 30, 2018

Print Date: 1/27/2017

*[signed] Bernard Guinan*
Bernard Guinan
Deputy Sheriff

48-02
Badge Number