# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Scott D.H. Redman, et al.

                                            Plaintiff,

v.                                                                   Case No.: 1:16–cv–04380
                                                                   Honorable John Robert Blakey

Capital Advance Solutions, LLC

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 19, 2018:

       MINUTE entry before the Honorable John Robert Blakey: Status hearing held and continued for 8/7/18 at 9:45 a.m. in Courtroom 1203. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.