## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of others similarly situated, ) ) ) | |
| ) | No. 16 C 4380 |
| Plaintiff, ) ) | |
| ) | Judge Blakey |
| v. ) ) | |
| ) | Magistrate Gilbert |
| CAPITAL ADVANCE SOLUTIONS, LLC, ) a New Jersey limited liability company, ) ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL

Plaintiff Scott D.H. Redman, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this matter without prejudice. This voluntary dismissal shall have no effect on the claims of absent putative class members, as no class was certified in this action.

SCOTT D.H. REDMAN, Plaintiff,

By: s/ Paul F. Markoff
One of Plaintiff's Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
312.726.4162 (p)
312.674.7272 (f)
paul@markleinlaw.com