**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Scott D.H. Redman, et al.
                                    Plaintiff,

v.                                                                Case No.: 1:16−cv−04380
                                                                  Honorable John Robert Blakey

Capital Advance Solutions, LLC
                                    Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, January 7, 2019:


    MINUTE entry before the Honorable John Robert Blakey: Pursuant to Plaintiff's notice of dismissal [57], this case is hereby dismissed without prejudice under Rule 41(a). All set dates, including the 1/8/19 motion hearing date, are stricken. Civil case terminated. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.